UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
JAMES BURNEY,                           )
                                        )
            Petitioner,                 )
                                        )
      v.                                )  Civil Action No. 10-1189 (RBW)
                                        )
SIMON WAINWRIGHT *et al.*,               )
                                        )
            Respondents.                )
_____)


MEMORANDUM

This matter is before the Court on the federal respondents' opposition to the petitioner's

application for a writ of *habeas corpus*. By Order issued on September 30, 2010, the petitioner

was advised to respond to the opposition by November 5, 2010, or risk summary denial of the

petition and dismissal of the case. The petitioner has neither filed a response nor sought

additional time to do so. The Court therefore will dismiss the case on the respondents' conceded

arguments. *See* Local Civil Rule 7(b); *Slovinec v. Amer. Univ.*, 520 F. Supp. 2d 107, 111

(D.D.C. 2007) (treating uncontested arguments as conceded).[1]

                                 _____s/_____
                                 Reggie B. Walton
                                 United States District Judge
Date: December 1, 2010

_____

[1] A separate final order accompanies this Memorandum.